IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| In re: | * | |
| | | Case No. 26-10906-DER |
| **BERNALDO DANCEL,** | * | |
| | | (Chapter 7) |
| Debtor. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**NOTICE OF ASSETS AND**
**REQUEST TO SET CLAIMS BAR DATE**

Craig B. Leavers, the Chapter 7 Trustee in the above-captioned case, requests this Court to notify the creditors in this matter to file proofs of claim and to set a deadline for them to do so.

   /s/ Craig B. Leavers
Craig B. Leavers, Bar No. 26914
P.O. Box 306
Cockeysville, Maryland 21030
(443) 318-4526
Craig@LeaversLaw.com

*Chapter 7 Trustee*

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on the 27th day of February, 2026, a copy of the foregoing was served on the parties listed below by electronic service via CM/ECF:

>Jeffery Thomas Martin, Jr.
>Martin Law Group, PC
>8065 Leesburg Pike, Suite 750
>Vienna, VA 22182
>*(Attorney for Debtor)*

And on the parties listed below by first class mail, postage prepaid:

>Office of the United States Trustee
>101 West Lombard Street, Suite 2625
>Baltimore, Maryland 21201

>Bernaldo Dancel
>9287 Pearch Lane
>Boynton Beach, FL 33437
>*(Debtor)*

/s/  Craig B. Leavers
Craig B. Leavers