Certificate Number: 03621-MD-DE-040765358

Bankruptcy Case Number: 26-10906



03621-MD-DE-040765358

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 23, 2026, at 9:08 o'clock AM EDT, Bernaldo Dancel completed a course on personal financial management given by internet by Credit Card Management Services, Inc. d/b/a Debthelper.com, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the District of Maryland.

Date:   March 23, 2026                        By:      /s/Wafaa Elmaaroufi

Name:  Wafaa Elmaaroufi

Title:   Credit Counselor