# EXHIBIT B

Gmail **Craig Leavers <craig@leaverslaw.com>**

## Bernaldo Dancel- Settlement statement for DE house sale

10 messages

---

**Diana P. Dias** <diana@martinlawgroup.com> Mon, Apr 27, 2026 at 9:28 AM
To: Craig Leavers <craig@leaverslaw.com>
Cc: Jeff Martin <jeff@martinlawgroup.com>

Good Morning

Please see the attached settlement statement.

MARTIN LAW GROUP

DIANA P. DIAS | ASSOCIATE
Martin Law Group, P.C.
Office: 703-834-5550 | Cell: 703-223-4129
8065 Leesburg Pike, Suite 750, Vienna, VA 22182
MARTINLAWGROUP.COM

**Signed HUD Dancel.pdf**
212K

---

**Craig Leavers** <craig@leaverslaw.com> Tue, May 19, 2026 at 8:55 PM
To: "Diana P. Dias" <diana@martinlawgroup.com>
Cc: Jeff Martin <jeff@martinlawgroup.com>

Jeff and Diana -

I'm following up from our telephone conversation on April 24, 2026. Specifically, I am emailing to inquire about the status of an appraisal for 6073 Majors Lane, #3, Columbia, Maryland 21045 (the "Condo"). As we discussed, I want to facilitate your client's purchase of the Condo now. In order to do that, and to ensure that the Condo is being purchased from the estate for fair value, you were going to have your client obtain an appraisal.

If we cannot facilitate your client's purchase of the Condo by the end of this month, I need to list it for sale so as to be able to take advantage of the peak season to sell a house (May – July).

I also need the following documents: (1) copy of the Bank of America bank statement for account ending in 2674 reflecting the balance in said account as of 1/28/2026; (2) copies of Chase credit card statements for all Chase accounts being paid from the Bank of America Joint Checking during the period of 10/30/2025 – 1/28/2026; and (3) the Bank of America Joint Checking account statement reflecting transactions occurring during 12/10/2025 – 1/8/2026.

Let me know if you have any questions.

Best regards,
Craig B. Leavers
The Law Offices of Craig B. Leavers
P.O. Box 306
Cockeysville, Maryland 21030
(443) 318-4526
www.LeaversLaw.com

[Quoted text hidden]

---

**Diana P. Dias** <diana@martinlawgroup.com> Wed, May 20, 2026 at 9:12 AM
To: Craig Leavers <craig@leaverslaw.com>
Cc: Jeff Martin <jeff@martinlawgroup.com>, Brittany Mathie <brittany@martinlawgroup.com>

I have not heard back from my client on that yet but I will call him today to get you an answer. I will also ask him for those documents.

Thank you

MARTIN
LAW
GROUP

**DIANA P. DIAS** | ASSOCIATE
Martin Law Group, P.C.
Office: 703-834-5550 | Cell: 703-223-4129
8065 Leesburg Pike, Suite 750, Vienna, VA 22182
MARTINLAWGROUP.COM

---

**From:** Craig Leavers <craig@leaverslaw.com>
**Sent:** Tuesday, May 19, 2026 8:55 PM
**To:** Diana P. Dias <diana@martinlawgroup.com>
**Cc:** Jeff Martin <jeff@martinlawgroup.com>
**Subject:** Re: Bernaldo Dancel- Settlement statement for DE house sale

[Quoted text hidden]

---

**Craig Leavers** <craig@leaverslaw.com> Wed, May 20, 2026 at 9:31 AM
To: "Diana P. Dias" <diana@martinlawgroup.com>
Cc: Jeff Martin <jeff@martinlawgroup.com>, Brittany Mathie <brittany@martinlawgroup.com>

Thank you. Much appreciated.

Best regards,
Craig B. Leavers
The Law Offices of Craig B. Leavers
P.O. Box 306
Cockeysville, Maryland 21030
(443) 318-4526
www.LeaversLaw.com

[Quoted text hidden]

---

**Diana P. Dias** <diana@martinlawgroup.com> Thu, May 28, 2026 at 5:00 PM
To: Craig Leavers <craig@leaverslaw.com>
Cc: Jeff Martin <jeff@martinlawgroup.com>, Brittany Mathie <brittany@martinlawgroup.com>

Craig

I spoke with my client and due to his son's mental health issues it took a while to schedule the appraisal (his son is the one living in the condo) but it is scheduled for June 4. I will also be uploading those requested documents by tomorrow.

MARTIN
LAW
GROUP

**DIANA P. DIAS** | ASSOCIATE
Martin Law Group, P.C.
Office: 703-834-5550 | Cell: 703-223-4129
8065 Leesburg Pike, Suite 750, Vienna, VA 22182
MARTINLAWGROUP.COM

---

**From:** Craig Leavers <craig@leaverslaw.com>
**Sent:** Wednesday, May 20, 2026 9:31 AM
**To:** Diana P. Dias <diana@martinlawgroup.com>
**Cc:** Jeff Martin <jeff@martinlawgroup.com>; Brittany Mathie <brittany@martinlawgroup.com>
[Quoted text hidden]

[Quoted text hidden]

---

**Craig Leavers** <craig@leaverslaw.com> Thu, May 28, 2026 at 5:37 PM

To: "Diana P. Dias" <diana@martinlawgroup.com>
Cc: Jeff Martin <jeff@martinlawgroup.com>, Brittany Mathie <brittany@martinlawgroup.com>

Thank you for letting me know. Much appreciated.

Best regards,
Craig B. Leavers
The Law Offices of Craig B. Leavers
P.O. Box 306
Cockeysville, Maryland 21030
(443) 318-4526
www.LeaversLaw.com

[Quoted text hidden]

---

**Craig Leavers** <craig@leaverslaw.com> Thu, Jul 9, 2026 at 2:44 PM
To: "Diana P. Dias" <diana@martinlawgroup.com>, Jeff Martin <jeff@martinlawgroup.com>, Brittany Mathie <brittany@martinlawgroup.com>
Cc: ★Marc Cormier <cormier64@gmail.com>

Diana and Jeff –

I need to move forward with the sale of the Condominium at this time.

Please consider this email another request, pursuant to 11 U.S.C. §§ 521(a)(4) and 542, for the turnover of the Condominium to my realtor, Marc Cormier, for the purpose of marketing and selling the Condominium. As I have stated before, your client's son can remain living in the Condominium until it is sold but will have to vacate the property prior to closing. The son will need to cooperate and not interfere with Mr. Cormier's efforts to market and sell the Condominium. Your client will receive his claimed exemption of $25,000.00 after his son has vacated the property. Please have your client contact Mr. Cormier at (301) 660-6272 ext. 700 within the next seven (7) calendar days to make arrangements for the turnover.

Best regards,
Craig B. Leavers
The Law Offices of Craig B. Leavers
P.O. Box 306
Cockeysville, Maryland 21030
(443) 318-4526
www.LeaversLaw.com

[Quoted text hidden]

---

**Diana P. Dias** <diana@martinlawgroup.com> Thu, Jul 9, 2026 at 2:51 PM
To: Craig Leavers <craig@leaverslaw.com>, Jeff Martin <jeff@martinlawgroup.com>, Brittany Mathie <brittany@martinlawgroup.com>
Cc: ★Marc Cormier <cormier64@gmail.com>

Understood, I have forwarded this to my client.

Thank you

MARTIN
LAW
GROUP

DIANA P. DIAS | ASSOCIATE
Martin Law Group, P.C.
Office: 703-834-5550 | Cell: 703-223-4129
8065 Leesburg Pike, Suite 750, Vienna, VA 22182
MARTINLAWGROUP.COM

---

**From:** Craig Leavers <craig@leaverslaw.com>
**Sent:** Thursday, July 9, 2026 2:44 PM
**To:** Diana P. Dias <diana@martinlawgroup.com>; Jeff Martin <jeff@martinlawgroup.com>; Brittany Mathie <brittany@martinlawgroup.com>
**Cc:** ★Marc Cormier <cormier64@gmail.com>
**Subject:** Fwd: Bernaldo Dancel- Settlement statement for DE house sale

[Quoted text hidden]

---

**★Marc Cormier** <cormier64@gmail.com> Fri, Jul 10, 2026 at 8:07 AM
To: Craig Leavers <craig@leaverslaw.com>

Should I send you the listing paperwork this morning



**Marc Cormier**
Real Estate Consultant/Realtor

(301) 660-6272 x 700 ● Cormier64@gmail.com ● Senior Transition Specialist (STS) ● Seniors Real Estate Specialist (SRES)
Certified Divorce Real Estate Expert (CDREE)



[Quoted text hidden]

---

**Craig Leavers** <craig@leaverslaw.com> Fri, Jul 10, 2026 at 8:29 AM
To: ★Marc Cormier <cormier64@gmail.com>

I thought we did that. If not, the address of the subject property is 6073 Majors Lane, #3, Columbia, Maryland 21045

Best regards,
Craig B. Leavers
The Law Offices of Craig B. Leavers
P.O. Box 306
Cockeysville, Maryland 21030
(443) 318-4526
www.LeaversLaw.com

[Quoted text hidden]