Entered: August 12th, 2026

Signed: August 11th, 2026

**SO ORDERED**

Notice duly given. No opposition timely filed. No further notice or opportunity for hearing is required under the particular circumstances of this case. 11 U.S.C. § 102(1).

DAVID E. RICE
U. S. BANKRUPTCY JUDGE

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

| | | |
|---|---|---|
| **In re:** | * | |
| | | **Case No. 26-10906-DER** |
| **BERNALDO DANCEL,** | * | |
| | | **(Chapter 7 )** |
| **Debtor.** | * | |

* * * * * * * * * * * * *

**ORDER COMPELLING DEBTOR TO TURNOVER ESTATE PROPERTY[1]**
**(6073 Majors Lane, Unit 3, Columbia, Maryland 21045)**

Upon consideration of the Trustee's Motion to Compel Turnover of Estate Property (the "Motion"), and any response thereto, and having found sufficient cause warranting the relief granted herein, it is, by the United States Bankruptcy Court for the District of Maryland,

**ORDERED,** that the Motion be and is hereby **GRANTED**; and it is further

**ORDERED**, that the debtor herein, Bernaldo Dancel, be and is hereby directed to grant the Trustee's Realtor access to the Condominium within ten (10) calendar days after the entry of this Order; and it is further

**ORDERED**, that the debtor herein, Bernaldo Dancel, be and is hereby directed to cooperate with the Trustee and any of his professionals, to include the Trustee's Realtor, in

[1] Unless otherwise defined herein, all capitalized terms shall have the same meaning as ascribed to them in the Motion.

grating future access to the Condominium for the purposes of marketing, showing, and selling the Property.

cc: Craig B. Leavers, Trustee *via* CM/ECF

Jeffery Thomas Martin, Jr., Esq. *via* CM/ECF

Office of the United States Trustee
101 West Lombard Street, Suite 2625
Baltimore, Maryland 21201

Bernaldo Dancel
9287 Pearch Lane
Boynton Beach, FL 33437

**- END OF ORDER -**